Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000411
27-JUL-2011
08:01 AM

NO. CAAP-11-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NOAH O. KING and ALICIA D. KING,
Plaintiffs-Appellees,
v.
A & B KAKAAKO LLC,
a Hawai'i limited liability company, et al.,
Defendants-Appellees,
and
NORDIC/PCL A HAWAII JV, a Hawai'i general partnership,
NORDIC PCL CONSTRUCTION, INC., a Hawai'i corporation, and
PCL CONSTRUCTION SERVICES, INC., a Foreign Profit corporation,
Defendants-Appellants,
and
JOHN DOE 1-5, DOE PARTNERSHIPS 1-5, and DOE ENTITIES,
Defendants

---

NORDIC/PCL A HAWAII JV, a Hawai'i general partnership,
NORDIC PCL CONSTRUCTION, INC., a Hawai'i corporation, and
PCL CONSTRUCTION SERVICES, INC., a Foreign Profit corporation,
Third-Party Plaintffs-Appellants,
v.
OAHU CABINETS, LTD., OAHU JOINT VENTURE, et al.,
Third-Party Defendants-Appellees,
and
DOE DEFENDANTS 1-100,
Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0453)

ORDER APPROVING THE STIPULATION FOR DISMISSAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice filed by the parties to this appeal, the papers in support, and the records and files herein, it appears that: (1) the parties appearing in this appeal have agreed to dismissal of the appeal filed by Third-Party Plaintiffs-Appellants with the parties to bear their own costs and attorneys' fees; and (2) no objections to the dismissal were filed. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed. The parties shall bear their own costs and attorney's fees.

DATED: Honolulu, Hawai'i, July 27, 2011.

*Daniel R. Foley*
Presiding Judge

*Acura H. Ginn*
Associate Judge

*Lawrence M. Reifurth*
Associate Judge